# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 7, 2013

### NO. 03-12-00254-CV

**Connoisseur Encounters Company, Inc. d/b/a The Wine Cellar at Bee Cave, Appellant**

**v.**

**Texas Alcoholic Beverage Commission and Alan Steen, Administrator, Appellees**

### APPEAL FROM 200TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE JONES, JUSTICES ROSE AND GOODWIN
### DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE ROSE

**THIS DAY** came to be submitted appellant's motion to dismiss the appeal in the above cause, and the Court having fully considered said motion is of the opinion that same should be granted.

**IT IS THEREFORE** ordered that said motion is granted and that the appeal is dismissed. It is

**FURTHER** ordered that each party shall pay the costs of the appeal incurred by that party, both in this Court and the court below, and that this decision be certified below for observance.